1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
   Facsimile:  (415) 268-1999
4  Email:    dawniell.zavala@hro.com
5
   Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; ARISTA RECORDS
   LLC; CAPITOL RECORDS, LLC; WARNER
7  BROS. RECORDS INC.; and SONY BMG MUSIC
   ENTERTAINMENT
8

9
                  UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA
11                     SACRAMENTO DIVISION

12

13 UMG RECORDINGS, INC., a Delaware          CASE NO. 2:08-CV-01519-LKK-JFM
   corporation; ARISTA RECORDS LLC, a
14 Delaware limited liability company; CAPITOL   Honorable Lawrence K. Karlton
   RECORDS, LLC, a Delaware limited liability
15 company; WARNER BROS. RECORDS INC., a
   Delaware corporation; and SONY BMG MUSIC  **ORDER GRANTING *EX PARTE***
16 ENTERTAINMENT, a Delaware general         **APPLICATION TO CONTINUE CASE**
   partnership,                              **MANAGEMENT CONFERENCE**
17
18              Plaintiffs,
19        v.
20
21 AUSTIN ROSCHEN,
22              Defendant.
23

24

25

26

27

28

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 2:08-CV-01519-LKK-JFM
#40103 v1 saf

**[PROPOSED] ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for September 29, 2008, at 11:00 a.m., be continued to December 22, 2008 at 2:00 p.m.

Dated:  September 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 2:08-CV-01519-LKK-JFM
#40103 v1 saf

PDF created with pdfFactory trial version www.pdffactory.com